United States Bankruptcy Court
Southern District of Indiana

Greenfield Banking Co.,
    Plaintiff

Adv. Proc. No. 17-50126-JMC

O'Reilly,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0756-1        User: kchandler         Page 1 of 1           Date Rcvd: Dec 04, 2017
                            Form ID: pdfOrder       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
dft            +Michelle Dawn O'Reilly,   18772 Northridge Drive,   Noblesville, IN 46060-1574

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
      Bruce E McLane    on behalf of Plaintiff   Greenfield Banking Co. mclanelaw@aol.com
      U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
                                                                         TOTAL: 2

SO ORDERED: December 4, 2017.



_____
James M. Carr
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHELLE O'REILLY | ) | CASE NO. 17-00559-JMC-7 |
| Debtor | ) | CHAPTER 7 |

| | | |
|---|---|---|
| GREENFIELD BANKING COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | ADVERSARY PROCEEDING |
| MICHELLE O'REILLY | ) | NO. 17-50126 |
| | ) | |
| Defendant | ) | |

**DEFAULT JUDGMENT DETERMINING DEBT NON-DISCHARGEABLE
PURSUANT TO 11 U.S.C. A. 523(a)(2), (4) AND (6)**

This matter came before the Court on November 28, 2017, on Motion for Default Judgment by Plaintiff, Greenfield Bank Company, for its adversary proceeding against

Defendant, Michelle O'Reilly,(Defendant). The Defendant, Michelle O'Reilly, having failed to plead or otherwise defend in this action, and default having been entered, **NOW**, upon application of the Plaintiff and upon affidavit that Defendant, Michelle O'Reilly, is indebted to the Plaintiff in the sum of $163,300.00, that Defendant is not in the military service of the United States and is not an infant or incompetent person; the Court concludes that the debt of $163,300.00 that Defendant, Michelle O'Reilly, owes Plaintiff, Greenfield Banking Company, as Guardian for John T. Burnell is non-dischargeable.

**IT IS ORDERED, ADJUDGED AND DECREED**, that the debt of One Hundred Sixty Three Thousand Three Hundred ($163,300.00) owed by the Defendant, Michelle O'Reilly to Plaintiff, Greenfield Bank Company, as Guardian for John R. Burnell, is non-dischargeable pursuant to 11 U.S.C. 523(a)(2), (4) and (6); and

**IT IS FURTHER ORDERED**, that judgment be entered in favor of the Plaintiff, Greenfield Banking Company, against Defendant, Michelle O'Reilly, on the Adversary Complaint in the amount of One Hundred Sixty Three Thousand Three Hundred Dollars ($163,300.00) together with costs.

###